UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HUMPHREY,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>  Defendant. | Case No. 15-cv-05851-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT**<br><br>Re: Dkt. Nos. 8, 9 |

Plaintiff consented to proceed before a United States Magistrate Judge by e-filing an executed consent form on December 29, 2015. (Docket No. 8). Defendant consented to proceed before a United States Magistrate Judge by e-filing an executed consent form on January 12, 2016. (Docket No. 9). Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including entry of a final judgment, to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

**IT IS SO ORDERED.**

Dated: January 12, 2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge