UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HUMPHREY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 15-cv-05851-JSC<br><br>**ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |

On June 7, 2016, the Court granted the parties' second stipulation to extend the briefing schedule for Plaintiff's motion for summary judgment giving Plaintiff until July 8, 2016 to file her motion for summary judgment. (Dkt. No. 20.) The motion, however, has yet to be filed. Given the circumstances surrounding counsel's prior request for an extension of time, the Court sua sponte extends the deadline for filing Plaintiff's motion for summary judgment until August 29, 2016. Defendant's opposition or cross-motion is due October 3, 2016, and Plaintiff's reply is due by October 17, 2016. The Court will entertain a brief additional extension of time upon stipulation of the parties.

　　**IT IS SO ORDERED.**

Dated: August 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge